NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Trevor M Quirk, Esq.
Quirk Law Firm, LLP
4222 Market Street, Suite C
Ventura CA 93003
T: (805) 650-7778

ATTORNEY(S) FOR: Plaintiff, Amanda Devian

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DEVIAN<br><br>Plaintiff(s),<br>v.<br>FIG & OLIVE, INC., dba FIG & OLIVE, LLC, a California corporation<br><br>Defendant(s) | CASE NUMBER:<br>2:15-cv-07708<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff, Amanda Devian_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Amanda Devian | Plaintiff |
| Fig & Olive, Inc. dba Fig & Olive, LLC | Defendant |
| William D Marler, Esq.; Marler Clark | Counsel for Plaintiff |
| Trevor M Quirk, Esq.; Quirk Law Firm, LLP | Counsel for Plaintiff |

10.01.2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Trevor M Quirk, Esq.