1 Trevor M. Quirk, Esq. #241626
Aletheia Gooden, Esq. #228750
2 **Quirk Law Firm, LLP**
4222 Market Street, Suite C
3 Ventura, CA 93003
Telephone: (805) 650-7778
4 Facsimile: (866) 728-7221

5 William D. Marler, Esq.
**MARLER CLARK, LLP, PS**
6 1301 Second Avenue, Suite 2800
Seattle, WA 98191
7 Telephone: (206) 346-1888
Facsimile: (206) 346-1898
8 *Pro Hac Vice pending*

9 Attorneys for Plaintiff,
Amanda Devian

10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DEVIAN, | Case No.: 2:15-cv-07708 SS) |
| Plaintiff, | Magistrate Judge: Hon. Suzanne H Segal |
| v. | |
| FIG & OLIVE USA, INC. dba FIG & OLIVE, LLC, a California Corporation, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Pursuant to the Stipulation for Dismissal Without Prejudice ("Stipulation") filed herein on November 17, 2015, by and between Trevor M Quirk of Quirk Law Firm, LLP, William D Marler of Marler Clark, LLP, and Lauren M Pisieczko of Yoka & Smith (collectively "Parties"), and the Court having considered the papers and pleadings on file herein:

IT IS HEREBY ORDERED that the Stipulation is approved. The entire action is hereby dismissed without prejudice.

Dated: 12/2/15

By: *Suzanne H. Segal*
SUZANNE H SEGAL
MAGISTRATE JUDGE

---

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**
1